```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**MICHAEL WEATHERFORD,**

        **Plaintiff,**

   vs.                                 Civil Action 2:09-CV-581
                                          Judge Frost
                                          Magistrate Judge King

**SHERIFF FRANKLIN COUNTY,**
*et al.*,
        **Defendants.**

## ORDER

On July 10, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's claim of denial of access to the courts be dismissed. Doc. No. 6. Although the parties were advised of their right to object to the *Report and Recommendation*, there has been no objection.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** Plaintiff's claim of denial of his right of access to the courts is **DISMISSED.**

Plaintiff's claim of denial of medical care may proceed.

                                                /s/ Gregory L. Frost
                                                    Gregory L. Frost
                                            United States District Judge